**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1761WM

_____

United States of America,                    *
                                             *
              Appellee,      *    Appeal from the United States
                                             *    District Court for the Western
    v.                        *    District of Missouri.
                                             *
Alinzo M. Paige,                             *         [UNPUBLISHED]
                                             *
             Appellant.     *

_____

Submitted: April 14, 1998
Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

     Alinzo M. Paige appeals from the guidelines sentence imposed by the district court. First, we reject Paige's argument that the district court's two-level enhancement for possession of a firearm during the course of a drug-trafficking offense is not supported by sufficient evidence. Second, although Paige's argument that the district court improperly increased Paige's sentence beyond the applicable guideline range was not preserved for appellate review, we find no error, plain or otherwise. Finally,

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

Paige's argument that the district court improperly resentenced Paige on his drug conviction after his sentence for a drug-related gun conviction was vacated is foreclosed by the decisions of this court. See Gardiner v. United States, 114 F.3d 734, 735-36 (8th Cir. 1997); United States v. Harrison, 113 F.3d 135, 137-39 (8th Cir. 1997). We thus affirm Paige's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.